# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiGirolamo, Thomas M. | U.S. District Court - Maryland | 04/27/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▨▨▨▨▨▨▨▨▨▨ salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO ADVISORS #1 | | | | | | | | | |
| 2. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. WELLS FARGO ADVISORS #2 | | | | | | | | | |
| 5. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | K | T | | | | | |
| 6. TAX EXEMPT BOND FUND OF AMERICA FUND CL-C | A | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. WELLS FARGO ADVISORS MUNICIPAL ACCOUNT | | | | | | | | | |
| 9. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 10. SOUTH CAROLINA ST PUB SVC AUTH REV RFDG SER A G/O B\E (DUE 1/1/21) | B | Interest | K | T | Sold (part) | 09/13/16 | J | A | |
| 11. ANNAPOLIS MD PREREFUNDED RFDG PUB IMPTS G/O UNLTD B\E (DUE 8/1/24) | A | Interest | J | T | Open | 01/07/16 | J | | |
| 12. ANNAPOLIS MD UNREFUNDED BAL RFDG PUB IMPTS G/O UNLTD B\E (DUE 8/1/24) | B | Interest | K | T | Open | 01/07/16 | J | | |
| 13. PRINCE GEORGES CNTY MD CONS PUB IMPT SER A G/O LTD B\E (DUE 9/15/24) | B | Interest | K | T | | | | | |
| 14. MARYLAND ST ST & LOC FACS 1ST SER A BOOK ENTRY G/O (DUE 3/1/25) | A | Interest | K | T | | | | | |
| 15. BALTIMORE MD CONS PUB IMP SER A G/O UNLTD B\E (DUE 10/15/25) | B | Interest | K | T | | | | | |
| 16. TALBOT CNTY MD RFDG PUB IMPT G/O LTD B\E (DUE 12/15/25) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. ANNE ARUNDEL CNTY MD CONS WTR & SWR G/O LTD B\E (DUE 4/1/26) | A | Interest | K | T | | | | | |
| 18. MD ST HLTH&HIGH EFA REV RFDG JOHNS HOPKINS UNIV SER A B/E (DUE 7/1/26) | B | Interest | K | T | | | | | |
| 19. ALAMO TX REGL MOBILITY AUTH VEH REG FEE REV JR LIEN B/E (DUE 6/15/28) | A | Interest | K | T | Buy | 05/19/16 | K | | |
| 20. SEQUOIA CA UN HIGH SCH DIST ELECTION 2014 G/O B\E (DUE 7/1/28) | | None | J | T | Buy | 11/10/16 | J | | |
| 21. MARYLAND ST DPT TRANSN CONS TRANSN REV B/E (DUE 11/1/28) | | None | K | T | Buy | 11/09/16 | K | | |
| 22. MASSACHUSETTS BAY TRANS AUTH MA GENL TRANS SYS SER C B/E FGIC | A | Interest | | | Sold | 05/12/16 | K | B | |
| 23. MILWAUKEE WI RFDG PROM NTS SER N2 G/O UNLTD B\E | A | Interest | | | Sold | 01/13/16 | J | A | |
| 24. ANNAPOLIS MD RFDG PUB IMPTS G/O B\E | | None | | | Closed | 01/07/16 | J | | |
| 25. MARYLAND ST DPT TRANSN CONS TRANSN REV B\E | B | Interest | | | Sold | 11/09/16 | K | B | |
| 26. | | | | | | | | | |
| 27. WELLS FARGO ADVISORS IRA #1 | | | | | | | | | |
| 28. WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 29. ISHARES CORE MSCI ET EMERGING MARKETS ETF | | None | K | T | Buy | 09/08/16 | K | | |
| 30. ISHARES CORE MSCI ET EAFE ETF | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 31. ISHARES CORE S&P MIDCAP ETF | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 32. ISHARES CORE S&P 500 ET S&P 500 INDEX FD | A | Dividend | L | T | Buy | 09/08/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. ISHARES CORE S&P ET SMALLCAP | A | Dividend | K | T | Buy | 09/08/16 | K | | |
| 34. ISHARES CORE U.S. ET AGGREGATE BOND | A | Dividend | K | T | Buy | 09/08/16 | K | | |
| 35. DEUTSCHE SECS TR ENHANCED COMMODITY STRAT FD INSTL CLASS | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 36. FIRST EAGLE FUNDS FIRST EAGLE GLOBAL FUND CLASS 1 | A | Dividend | K | T | Sold (part) | 02/05/16 | J | | |
| 37. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 38. | | | | | Sold (part) | 09/08/16 | K | | |
| 39. HARRIS ASSOC INVT TR OAKMARK FUND CLASS 1 | A | Dividend | K | T | Buy | 09/08/16 | K | | |
| 40. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 41. HARTFORD MUT FDS II GROWTH OPPORTUNITIES FD CL 1 | A | Dividend | K | T | Buy | 09/08/16 | K | | |
| 42. KINETICS MUT FDS INC SMALL CAP OPPORTUNITIES FD INSTL CL | | None | K | T | Buy | 09/08/16 | K | | |
| 43. | | | | | Sold (part) | 12/13/16 | J | | |
| 44. BROOKFIELD INVT FUNDS GLOBAL LISTED REAL ESTATE FD CL Y | A | Dividend | K | T | Buy | 09/08/16 | K | | |
| 45. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 46. OPPENHEIMER INTL GRWTH FD CL Y SHS | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 47. ADVISORS SER TRUST PIA HIGH YIELD FUND INSTL CL | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 48. SMALLCAP WORLD FD INC CL F2 | A | Dividend | K | T | Buy | 09/08/16 | K | | |
| 49. TEMPLETON INCOME TR GLOBAL BD FD ADVISOR CL | A | Dividend | J | T | Buy | 09/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. UNDISCOVERED MANAGERS BEHAVIORAL VALUE CLASS L | A | Dividend | K | T | Buy | 09/08/16 | K | | |
| 51. VAN ECK FUNDS EMERGING MARKETS FUND CLASS Y | A | Dividend | K | T | Buy | 09/08/16 | K | | |
| 52. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 53. BLACKROCK GLOBAL ALLOC GLOBAL ALLOCATION INSTIT | | None | | | Sold (part) | 02/05/16 | J | | |
| 54. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 55. | | | | | Sold | 09/18/16 | K | | |
| 56. FORWARD FDS TACTICAL GROWTH FD ADVISOR CLASS | | None | | | Sold (part) | 02/05/16 | J | | |
| 57. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 58. | | | | | Sold | 09/08/16 | K | | |
| 59. GOLDMAN SACHS TR DYNAMIC ALLOCATION FD CL INSTL | | None | | | Buy (add'l) | 02/05/16 | J | | |
| 60. | | | | | Sold | 09/09/16 | K | | |
| 61. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 62. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 63. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 64. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 65. | | | | | Sold (part) | 04/08/16 | J | | |
| 66. | | | | | Sold (part) | 07/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Sold | 09/08/16 | J | | |
| 68. AMERICAN FUNDS NEW WORLD FUND CL F2 | | None | | | Buy (add'l) | 02/05/16 | J | | |
| 69. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 70. | | | | | Sold | 09/08/16 | K | | |
| 71. IVY FDS INC ASSET STRATEGY FD CL 1 | | None | | | Buy (add'l) | 02/05/16 | J | | |
| 72. | | | | | Sold (part) | 03/02/16 | K | | |
| 73. | | | | | Sold | 03/03/16 | J | | |
| 74. KINETICS MUT FDS INC PARADIGM FUND INSTL CL | | None | | | Buy (add'l) | 02/05/16 | J | | |
| 75. | | | | | Sold (part) | 03/02/16 | J | | |
| 76. | | | | | Sold | 09/08/16 | K | | |
| 77. OPPENHEIMER GLOBAL FD CL Y | | None | | | Buy (add'l) | 02/05/16 | J | | |
| 78. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 79. | | | | | Sold | 09/08/16 | K | | |
| 80. UNIFIED SER TRUST ROOSEVELT MULTI-CAP FD | | None | | | Sold (part) | 02/05/16 | J | | |
| 81. | | | | | Sold (part) | 03/02/16 | J | | |
| 82. | | | | | Sold | 09/08/16 | K | | |
| 83. THORNBURG INVT TR GLOBAL OPPORTUNITIES FD CL 1 | A | Dividend | | | Buy (add'l) | 02/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Sold (part) | 03/02/16 | J | | |
| 85. | | | | | Sold | 09/08/16 | K | | |
| 86. PROFESSIONALLY MGD FD PTFL OSTWEIS FUNDS | | None | | | Buy (add'l) | 02/05/16 | J | | |
| 87. | | | | | Sold (part) | 03/02/16 | J | | |
| 88. | | | | | Sold | 09/08/16 | K | | |
| 89. DELAWARE FUNDS SELECT GROWTH FD-1 | | None | | | Sold (part) | 02/05/16 | J | | |
| 90. | | | | | Sold (part) | 03/02/16 | K | | |
| 91. | | | | | Sold | 03/03/16 | J | | |
| 92. BOSTON PARTNERS ALL-CAP VALUE FUND CL INSTITUTIONAL | | None | | | Buy | 03/02/16 | K | | |
| 93. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 94. | | | | | Sold | 09/08/16 | K | | |
| 95. ARROW INVTS TR DWA TACTICAL FD INSTL CL | | None | | | Buy | 03/03/16 | K | | |
| 96. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 97. | | | | | Sold | 09/09/16 | K | | |
| 98. | | | | | | | | | |
| 99. WELLS FARGO ADVISORS IRA #2 | | | | | | | | | |
| 100. WELLS FARGO BANK DEPOSIT SWEEP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. AMG FUNDS TIMESSQUARE MID CAP GROWTH FD CLASS S | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 102. | | | | | Sold (part) | 09/02/16 | J | | |
| 103. INVESCO GLOBAL REAL ESTATE Y | A | Dividend | J | T | Sold (part) | 02/05/16 | J | | |
| 104. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 105. DEUTSCHE SECS TR ENHANCED COMMODITY STRAT FD INSTL CLASS | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 106. | | | | | Sold (part) | 09/02/16 | J | | |
| 107. BLAIR WILLIAM FDS INTL GROWTH FD CL 1 | A | Dividend | J | T | Sold (part) | 02/05/16 | J | | |
| 108. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 109. DELAWARE GROUP EQUITY FDS II - VALUE FD INSTL CL | A | Dividend | J | T | Sold (part) | 02/05/16 | J | | |
| 110. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 111. EATON VANCE SER II INCOME FUND BOSTON CL 1 | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 112. FIRST EAGLE FUNDS SOGEN OVERSEAS FUND CL 1 | A | Dividend | J | T | Sold (part) | 02/05/16 | J | | |
| 113. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 114. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Sold (part) | 01/11/16 | J | | |
| 115. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 116. | | | | | Sold (part) | 04/08/16 | J | | |
| 117. | | | | | Sold (part) | 07/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 119. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 120. HANCOCK JOHN CAP SER CLASSIC VALUE FD CL 1 | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 121. | | | | | Sold (part) | 09/02/16 | J | | |
| 122. HARBOR FD INTL FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 123. | | | | | Sold (part) | 09/02/16 | J | | |
| 124. EAGLE SMALL CAP GROWTH FUND CLASS 1 | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 125. | | | | | Sold (part) | 09/02/16 | J | | |
| 126. HOTCHKIS & WILEY FDS MID CAP VALUE FD CL 1 | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 127. | | | | | Sold (part) | 08/02/16 | J | | |
| 128. AMERICAN FUNDS WASHINGTON MUTUAL FD F2 | A | Dividend | K | T | Sold (part) | 02/05/16 | J | | |
| 129. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 130. LAZARD FDS INC EMERGING MKTS PORT INSTL SHS | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 131. | | | | | Sold (part) | 09/02/16 | J | | |
| 132. MFS SER TR X EMERGING MKTS DEBT FD CLASS 1 | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 133. MAINSTAY LARGE CAP GROWTH FUND CLASS 1 | B | Dividend | J | T | Sold (part) | 02/05/16 | J | | |
| 134. | | | | | Buy (add'l) | 09/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. WELLS FARGO EMERGING GROWTH FUND CLASS INST | A | Dividend | J | T | Sold (part) | 02/05/16 | J | | |
| 136. | | | | | Sold (part) | 09/02/16 | J | | |
| 137. OPPENHEIMER DEV MKTS CL Y | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 138. | | | | | Sold (part) | 09/02/16 | J | | |
| 139. VICTORY SYCAMORE SMALL CO OPPTY FD CL I | A | Dividend | J | T | Sold (part) | 02/05/16 | J | | |
| 140. | | | | | Sold (part) | 09/02/16 | J | | |
| 141. VOYA FUNDS VOYA LARGE CAP GROWTH FUND CLASS I | A | Dividend | J | T | Sold (part) | 02/05/16 | J | | |
| 142. | | | | | Sold (part) | 09/02/16 | J | | |
| 143. WELLS FARGO FDS TR CORE BOND FUND CLASS INST | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 144. ADVISORS INNER CIRCLE FD CAMBIAR OPPTY FD INSTL CL | | None | | | Buy | 02/05/16 | J | | |
| 145. | | | | | Sold | 09/02/16 | J | | |
| 146. | | | | | | | | | |
| 147. TIAA-CREF RETIREMENT ACCOUNTS | | | | | | | | | |
| 148. TIAA TRADITIONAL ACCOUNT | A | Interest | K | T | | | | | |
| 149. CREF STOCK ACCOUNT | C | Interest | L | T | | | | | |
| 150. CREF GROWTH ACCOUNT | B | Interest | L | T | | | | | |
| 151. CREF GLOBAL EQUITIES ACCOUNT | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 152. TIAA REAL ESTATE | A | Interest | K | T | | | | | |
| 153. TIAA ACC LFCYCLE 2030 | A | Interest | K | T | | | | | |
| 154. | | | | | | | | | |
| 155. VALIC ANNUITY ACCOUNTS | | | | | | | | | |
| 156. LARGE CAP ACCOUNT | B | Dividend | K | T | | | | | |
| 157. FIXED INCOME ACCOUNT | A | Interest | K | T | | | | | |
| 158. | | | | | | | | | |
| 159. CAPITAL ONE BANK CASH ACCOUNT | | None | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

1. Minor revisions to the descriptions of some of the accounts listed in Section VII have been made to make them consistent with the descriptions reflected in my financial statements.

2. The assets listed under Section VII, lines 1, 4, and 8 are now in the name of the Family Trust identified in Section I.

f

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas M. DiGirolamo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544